**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Krysztof Marek
6733 W Irving Park Rd Apt 2c
Chicago, IL 60634
SSN: xxx–xx–1518 EIN: N.A.

Case No. : 17–27140
Chapter : 7
Judge : LaShonda A. Hunt

Debtor's Attorney:
Chad B Mizelle
The Semrad Law Firm LLC
20 S. Clark St., Ste. 2800
Chicago, IL 60603

(312) 837–4021

Trustee:
Gregg Szilagyi
542 South Dearborn Street
Suite 1400
Chicago, IL 60605

312–663–0801

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

October 23, 2017 , 12:00 PM
219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604

For the Court,

Dated: September 21, 2017

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court